EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br>Designación Miembro de la Comisión<br>De Evaluación Judicial | 2010 TSPR 106<br><br>179 DPR \_\_\_\_ |

Número del Caso: EN-2010-02

Fecha: 30 de junio de 2010

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Designación Miembro de la
Comisión de Evaluación
Judicial

RESOLUCION

San Juan, Puerto Rico, a 30 de junio de 2010.

En virtud del Art. 8 de la Ley Núm. 91 de 5 de diciembre de 1991, según enmendada, se designa al siguiente abogado como Miembro Asociado de la Comisión de Evaluación Judicial:

Lic. Ismael Colón Birriel

El licenciado Colón Birriel se desempeñará en el cargo por el resto del término para el cual fue nombrado el Lic. Luis F. Camacho, quien renunció el pasado 7 de junio de 2010.

El Tribunal expresa su agradecimiento al licenciado Luis F. Camacho por los nueve años que sirvió como Miembro de la Comisión de Evaluación Judicial con dedicación y compromiso con la Rama Judicial.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo